ACCEPTED
06-14-00148-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/29/2015 12:31:39 PM
DEBBIE AUTREY
CLERK

Case Number 06-14-00149-CR

RAYMOND EARL BARNETT                    IN THE COURT OF APPEALS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/29/2015 12:31:39 PM
DEBBIE AUTREY
Clerk

V.                                     SIXTH APPELLATE DISTRICT

STATE OF TEXAS

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Raymond Earl Barnett, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 336th District Court of Fannin County, Texas.

2.     The case below was styled the STATE OF TEXAS vs. Raymond Earl Barnett, and numbered 20922.

3.     Appellant was convicted of Indecency with a Child.

4.     Appellant was assessed a sentence of 75 years TDC.

5.     Notice of appeal was given on August 20, 2014.

6.     The clerk's record was filed on October 9, 2014; a supplemental Clerk's record was filed on December 18, 2014; notice was received from court the

reporter that there was no record to be filed on December 18, 2014.

7. The appellate brief was due on January 20, 2015.

8. Appellant requests an extension of time of 30 days from the present date, i.e. March 1, 2015 to file his brief on appeal.

9. This is the Appellant's first motion for an extension.

10. Defendant is currently incarcerated

11. Appellant relies on the following facts as good cause for the requested extension:

For whatever reason, Appellant's counsel did not receive, or was not aware that he received, an email correspondence from the court dated December 18, 2018 that a brief was due on January 20, 215. This oversight is entirely counsel's fault. Counsel was under the mistaken impression that the Court was still awaiting the record from the court reporter. Counsel apologizes to the Court. The procedural posture of this criminal appeal has differed from the usual course and the oversight was unfortunate.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Steven R. Miears
Lawyer
211 N. Main Street
Bonham, Texas 75418
SteveMiears@msn.com
903 640 4963
Fax: 903 640 4964

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing Motion for Extension was served on the Fannin County District Attorney's Office by hand-delivery on the 29th day of January 2015.

_____
Steven R. Miears

STATE OF TEXAS            §

§

COUNTY OF _Fannin_         §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared Steven R. Miears, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on January 29, 2015 to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

TONYA L. RUSSELL
Notary Public, State of Texas
My Commission Expires
March 26, 2017